IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 DEC 22  P 12:05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BROOKA STOKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITIFINANCIAL a/k/a WASHINGTON ) | |
| MUTUAL FINANCE; GLENDA DUNCAN; and ) | |
| A, B, C, and/or D, being those persons, firms, ) | |
| corporations, partnerships, or other entities ) | |
| responsible for failure to satisfy the debt upon ) | CIVIL ACTION NO. 3:06CV1135-T |
| payment by the Plaintiff; E, F, and/or G and ) | |
| those persons, firms, corporations, partnerships, ) | |
| or other entities responsible for notifying any and ) | |
| all Credit Bureaus of the existence of the debt ) | |
| which had been paid; G, H, and/or I and those ) | |
| parties responsible for the acts complained of ) | |
| herein whose identities are otherwise unknown, ) | |
| but who will be added by amendment when ) | |
| ascertained, ) | |
| ) | |
| Defendants. ) | |

## STATEMENT IN COMPLIANCE WITH FRCP 7.1

**COMES NOW**, Defendant CitiFinancial, Inc. (successor by merger to Washington Mutual Finance, LLC) ("Defendant"), and states that the only publicly-held corporation that owns more than 10% of Defendant is Citigroup Inc.

Respectfully submitted,

/s/ Reid S. Manley

Reid S. Manley (MAN039)
Alan D. Leeth (LEE038)
Attorneys for Defendants
CITIFINANCIAL, INC. AND GLENDA DUNCAN

1528724

OF COUNSEL:

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to the below-listed address through first-class, United States mail, postage prepaid, on this the 22 day of December, 2006:

> Hon. James T. Gullage
> GULLAGE & TICKAL, LLP
> 511 Geneva Street
> Opelika, AL 36801
> Tel.: (334) 737-3733

_____
OF COUNSEL

1528724                                         2