IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BROOKA STOKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv1135-MHT |
| ) | |
| CITIFINANCIAL a/k/a ) | |
| WASHINGTON MUTUAL FINANCE ) | |
| and GLENDA DUNCAN, ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the parties show cause, if any there be, in writing by January 19, 2007, as to why, pursuant to the notice of removal (doc. no. 1), defendant Glenda Duncan should not be dismissed as having been fraudulently joined.

DONE, this the 4th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE