IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
BROOKA STOKES,                )
                              )
        Plaintiff,            )
                              )        CIVIL ACTION NO.
        v.                    )        3:06cv1135-MHT
                              )
CITIFINANCIAL a/k/a           )
WASHINGTON MUTUAL FINANCE     )
and GLENDA DUNCAN,            )
                              )
        Defendants.           )
```

ORDER

It is ORDERED that the motion to stay (doc. no. 7) is set for submission, without oral argument, on January 29, 2007, with all briefs due by said date.

DONE, this the 23rd day of January, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE