IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BROOKA STOKES, )<br>)<br>    Plaintiff, )<br>) <br>v. )<br>)<br>CITIFINANCIAL a/k/a )<br>WASHINGTON MUTUAL FINANCE )<br>and GLENDA DUNCAN, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>3:06cv1135-MHT |

ORDER

It is ORDERED that the motion to remand (doc. no. 8) is set for submission, without oral argument, on January 29, 2007, with all briefs due by said date.

DONE, this the 23rd day of January, 2007.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE